# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| MAXX LYMAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>GLOBE LIFE, INC.,<br><br>*Defendant*. | Civil Action No. 4:23-cv-00911-SDJ |

## ORDER GRANTING UNOPPOSED MOTION
## TO EXTEND TIME TO FILE REPLY

Before the Court is Globe Life's Unopposed Motion for Extension of Time to File Reply. The Court, having considered the motion, finds that it is well-taken and should be GRANTED. It is therefore

ORDERED that Globe Life's Unopposed Motion for Extension of Time to File Reply be GRANTED and that it has until January 2, 2024, to file its reply in support of its Motion to Dismiss Plaintiff's Amended Complaint.