UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MAXX LYMAN, individually and on behalf of all others similarly situated | § § § § | |
| v. | § § § | CIVIL NO. 4:23-CV-911-SDJ |
| GLOBE LIFE INC. | | |

### ORDER

Before the Court is Defendant's Unopposed Motion for Extension of Time to File Reply. (Dkt. #14). The Court notes that Defendant filed its Reply in Support of Defendant's Motion to Dismiss on December 26, 2023. (Dkt. #15).

It is therefore **ORDERED** that Defendant's Unopposed Motion for Extension of Time to File Reply, (Dkt., #14), is **DENIED as moot**.

So ORDERED and SIGNED this 29th day of December, 2023.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE