# APPENDIX 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| MAXX LYMAN, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED<br><br>       Plaintiff,<br><br>vs.<br><br>GLOBE LIFE INC.<br><br>       Defendant. | Case No. 4:23-cv-00911-SDJ |

**PROPOSED SCHEDULING ORDER DEADLINES**

The following actions shall be completed by the dates indicated.[1]

| | |
|---|---|
| January 31, 2024 | Deadline for motions to transfer. |
| March 6, 2024 | Deadline to add parties. |
| March 20, 2024 | Deadline for Plaintiff to file amended pleading. (A motion for leave to amend is required.) |
| April 17, 2024 | Deadline for Defendant's final amended pleadings.[2] (A motion for leave to amend is required.) |
| May 16, 2024 | Deadline to complete fact discovery |
| June 6, 2024 | Deadline for Plaintiff to disclose expert testimony |
| July 11, 2024 | Deadline for Defendant to disclose expert testimony |
| August 8, 2024 | Deadline for completion of depositions of experts |

---

[1] If a deadline falls on a Saturday, Sunday, or a legal holiday as defined in FED. R. CIV. P. 6, the effective date is the first federal court business day following the deadline imposed.

[2] Except as otherwise provided by Federal Rule of Civil Procedure 12(a)(4).

1

| September 5, 2024 | Deadline for Plaintiff to file any class certification motion |
| --- | --- |
| October 3, 2024 | Deadline for Defendant to file a response to Plaintiff's class certification motion(s). |
| October 17, 2024 | Deadline for Plaintiff to file a reply in support of class certification, if any. |

After the class certification issue has been resolved, the Court will enter a more comprehensive scheduling order for the disposition of the merits of the case.