Revised: 9/3/2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
_Sherman_ DIVISION
APPLICATION TO APPEAR PRO HAC VICE

**APPROVED**
By Nakisha Love at 2:48 pm, Feb 20, 2024

1. This application is being made for the following: Case # _4:23-cv-00911_
Style/Parties: _LYMAN V. GLOBE LIFE, INC._
2. Applicant is representing the following party/ies: _Globe Life, Inc._
3. Applicant was admitted to practice in _North Carolina_ (state) on _04/21/2017_ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ○has ⊙has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ○has ⊙has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ○has ⊙has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle).   If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you.  Omit minor traffic offenses and misdemeanor offenses committed prior to age 18. **(See Page 3)**
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
_See Attached Listing_.
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, _Kelsey L. Kingsbery_ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date _2/16/24_     Signature _[signature]_ (/s/Signature)

Application Continued on Page 2

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Kelsey L. Kingsbery
Bar Number /State Bar No: 51736/North Carolina
Firm Name:   Alston & Bird LLP
Address/P.O. Box:   555 Fayetteville Street, Suite 600
City/State/Zip: Raleigh, NC 27601
Telephone #:   919-862-2200
Fax #:   919-862-2260
E-mail Address:   kelsey.kingsbery@alston.com
Secondary E-Mail Address:   jamie.berger@alston.com

This application has been approved for the court on: _____ 2/20/2024 _____

David A. O'Toole, Clerk
U.S. District Court, Eastern District of Texas

By _____ Nakisha Love _____
Deputy Clerk

Application Instructions

Complete page 1 and 2 of this Application and Email to phv@txed.uscourts.gov for approval. Once approved, the clerk will email to you your new Login and Password so that you will be able to electronically file your application and pay the $100 fee on line. If you already have a login and password, you will still need to wait for approval email from the clerk before filing your electronic application. For Complete Instructions please visit the website http://www.txed.uscourts.gov/

Email Application

## KELSEY L. KINGSBERY- LIST OF BAR AND COURT ADMISSIONS

| COURT/BAR OF ADMISSION | DATE ADMITTED | IN GOOD STANDING |
|---|---|---|
| North Carolina Bar (Bar No. 51736) | 4/21/2017 | Yes |
| Illinois Bar (Illinois Bar No. 6313244) | 10/31/2013 | Yes |
| North Carolina Court of Appeals | 4/21/2017 | Yes |
| North Carolina Supreme Court | 4/21/2017 | Yes |
| United States District Court for the Eastern District of North Carolina | 6/13/2017 | Yes |
| United States District Court for the Middle District of North Carolina | 10/26/2017 | Yes |
| United States District Court for the Western District of North Carolina | 5/2/2019 | Yes |
| United States District Court for the Northern District of Illinois | 6/30/2014 | Yes |
| United States District Court for the Eastern District of Michigan | 4/26/2016 | Yes |
| 9th Circuit Court of Appeals | 10/28/2016 | Yes |
| 4th Circuit Court of Appeals | 1/20/2022 | Yes |
| 2nd Circuit Court of Appeals | 5/24/2022 | Yes |

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, I electronically filed the foregoing APPROVED APPLICATION TO APPEAR PRO HAC VICE with the Clerk of Court using the CM/ECF system which will send notification of such filing and effectuate service to all counsel of record in this matter.

Dated: February 26, 2024

Respectfully submitted,

*/s/ Kelsey L. Kingsbery*
Kelsey L. Kingsbery
N.C. State Bar No. 51736
**ALSTON & BIRD LLP**
555 Fayetteville Street, Suite 600
Raleigh, North Carolina 27601
Telephone: 919-862-2200
Facsimile: 919-862-2260
E-mail: kelsey.kingsbery@alston.com

*Counsel for Defendant Globe Life, Inc.*