# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **MAXX LYMAN,** individually and on behalf of all others similarly situated, | **CASE NO.** 4:23-cv-00911-SDJ |
| *Plaintiff,* | |
| *v.* | |
| **GLOBE LIFE INC.** | |
| *Defendant.* | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties file this Stipulation of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

**ALSTON & BIRD LLP**

*/s/ David B. Carpenter (with permission)*

David B. Carpenter (admitted *pro hac vice*)
Ga. Bar No. 292101
1201 West Peachtree Street, 49th Floor
Atlanta, Georgia 30309
Tel: 404-881-7000
Fax: 404-881-7777
david.carpenter@alston.com

Emily A. Fitzgerald
Bar No. 24097690
2200 Ross Ave., Suite 2300
Dallas, Texas 75201
Tel: (214) 922-3400
Fax: (214) 922-3899
emily.fitzgerald@alston.com

Kelsey L. Kingsbery (admitted *pro hac vice*)
N.C. Bar No. 51736
555 Fayetteville Street, Suite 600
Raleigh, North Carolina 27601

PLAINTIFF,
By his attorney

By: */s/ Anthony Paronich*

Anthony Paronich
**Paronich Law, P.C.**
350 Lincoln St, Suite 2400
Hingham, MA 02043
Phone: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com
*Pro Hac Vice*

Attorney for Plaintiffs

Tel: 919-862-2200
Fax: 919-862-2260
Kelsey.kingsbery@alston.com

*Counsel for Defendant Globe Life, Inc.*

Dated: March 28, 2024